## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV1891     Assigned/Issued By: J. N.

Judge Name: MANNING     Designated Magistrate Judge: COX

### FEE INFORMATION

Amount Due:   ☑ $350.00     ☐ $39.00     ☐ $5.00
              ☐ IFP         ☐ No Fee     ☐ Other _____
              ☐ $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350     Receipt #: 2662412

Date Payment Rec'd: 4-2-08     Fiscal Clerk: J. N.

### ISSUANCES

☑ Summons     ☐ Alias Summons
☐ Third Party Summons     ☐ Lis Pendens
☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
   *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets
☐ Writ _____     ☐ Other _____
   (Type of Writ)                 (Type of issuance)

1 Original and 0 copies on 4-2-08 as to DEFENDANT
                         (Date)