# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1891 | **DATE** | 4/24/2008 |
| **CASE TITLE** | Webster Bank, National Association vs. Ivar Ranvik | | |

**DOCKET ENTRY TEXT**

An amended complaint having been timely filed in compliance with this court's 4/8/2008 order, the case shall be reopened. Status hearing set to 5/20/2008 at 11:00 a.m. Plaintiff's counsel should be prepared to advise the court regarding the progress of efforts to serve the defendant.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|