**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Webster Bank, National Association
                                    Plaintiff,

v.                                                    Case No.: 1:08−cv−01891
                                                      Honorable Blanche M. Manning

Ivar Ranvik
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 20, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Case called for status hearing. Plaintiff failed to appear. Status hearing reset for 6/17/2008 at 11:00 AM. If plaintiff fails to appear at the next hearing, the case will be dismissed for want of prosecution.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.