# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1891 | **DATE** | 6/13/2008 |
| **CASE TITLE** | Webster Bank, National Association vs. Ivar Ranvik | | |

**DOCKET ENTRY TEXT**

Pursuant to plaintiff's notice of voluntary dismissal, this case is dismissed without prejudice. Status hearing set to 6/17/2008 is hereby stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|